UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------ x
MASSACHUSETTS MUTUAL LIFE INSURANCE : 
COMPANY, :
        Plaintiff, :
        v. :
         :
JPMORGAN CHASE BANK, N.A.; J.P. MORGAN :   No. 3:11-cv-30094-MAP
MORTGAGE ACQUISITION CORPORATION; J.P. :
MORGAN SECURITIES LLC; J.P. MORGAN :
ACCEPTANCE CORPORATION I; DAVID M. DUZYK; :
LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC :
MORTGAGE CORPORATION; STRUCTURED ASSET :
MORTGAGE INVESTMENTS II INC.; BEAR STEARNS :
ASSET BACKED SECURITIES I LLC; COHEN LEGACY :
LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. :
NIERENBERG; JEFFREY MAYER; THOMAS F. :
MARANO; JOSEPH T. JURKOWSKI JR.; MATTHEW E, :
PERKINS; SAMUEL L. MOLINARO; WAMU ASSET :
ACCEPTANCE CORPORATION; WAMU CAPITAL :
CORPORATION; WASHINGTON MUTUAL :
MORTGAGE SECURITIES CORPORATION; RICHARD :
CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS :
GREEN; and ROLLAND JURGENS, :
        Defendants. :
------------------------------------------------------------------------ x

**STIPULATION AND [PROPOSED] ORDER EXTENDING
INDIVIDUAL DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**

       WHEREAS, on April 8, 2011, plaintiff Massachusetts Mutual Life Insurance Company ("Plaintiff") commenced the above-captioned action by filing a complaint (the "Complaint") in the United States District Court for the District of Massachusetts against JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, EMC Mortgage Corporation, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset

Acceptance Corporation, WaMu Capital Corporation and Washington Mutual Mortgage Securities Corporation (collectively, the "Corporate Defendants"), as well as, among others, David M. Duzyk, Louis Schioppo, Jr., William A. King, Jeffrey L. Verschleiser, Michael B. Nierenberg, Jeffrey Mayer, Thomas F. Marano, Joseph T. Jurkowski, Jr., Matthew E. Perkins, Samuel L. Molinaro, Richard Careaga, David Beck and Rolland Jurgens (collectively, the "Individual Defendants") (together with the Corporate Defendants, "Defendants");

WHEREAS, on May 3, 2011, Plaintiff and the Corporate Defendants filed a stipulation extending the Corporate Defendants' time to answer, move or otherwise respond to the Complaint to July 1, 2011;

WHEREAS, counsel for Plaintiff and counsel for the Individual Defendants conferred and have agreed that the Individual Defendants shall have until July 1, 2011 to answer, move or otherwise respond to the Complaint;

WHEREAS, counsel for Plaintiff and counsel for Defendants conferred and have agreed that in the event Defendants move to dismiss the complaint, Plaintiff shall have sixty (60) days from the date Defendants serve such a motion to serve its opposition papers, and Defendants shall have thirty (30) days from the date Plaintiff serves its opposition papers to serve reply papers.

NOW THEREFORE, it is hereby stipulated and agreed, subject to the approval of the Court, by and between Plaintiff and Defendants, through their undersigned counsel, as follows:

1.   The Individual Defendants shall answer, move, or otherwise respond to the Complaint on or before July 1, 2011.

    2. In the event Defendants move to dismiss the complaint, Plaintiff shall have sixty (60) days from the date Defendants serve such a motion to serve its opposition papers, and Defendants shall have thirty (30) days from the date Plaintiff serves its opposition papers to serve reply papers.

    3. By entering into this Stipulation, Plaintiff and Individual Defendants do not waive, and expressly preserve, any and all rights and defenses, including but not limited to defenses relating to jurisdiction, venue, arbitration, service of process and statute of limitations that may be available in this action.

Dated:  May 27, 2011

| | |
|---|---|
| /s/ Stephen E. Spelman | /s/ Jeffery L. McCormick |
| Edward J. McDonough, Jr. (BBO 331590) | Jeffrey L. McCormick (BBO 329740) |
| Stephen E. Spelman (BBO 632089) | ROBINSON DONOVAN, P.C. |
| EGAN, FLANAGAN AND COHEN, P.C. | 1500 Main Street #1600 |
| 67 Market Street, P.O. Box 9035 | Springfield, Massachusetts 01115 |
| Springfield, Massachusetts 01102 | jmccormick@Robinson-Donovan.com |
| ejm@efclaw.com | |
| ses@efclaw.com | *Counsel for the Corporate Defendants, Joseph T. Jurkowski, David M. Duzyk, Louis Schioppo, Jr., William A. King, Thomas F. Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser, Richard Careaga, David Beck, Rolland Jurgens and Samuel L. Molinaro, Jr.* |
| *Of Counsel* | |
| Philippe Z. Selendy | |
| Jennifer J. Barrett | |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | |
| 51 Madison Avenue, 22nd Floor | *Of Counsel* |
| New York, New York 10010-1601 | Robert H. Baron |
| | Daniel Slifkin |
| *Counsel for Plaintiff Massachusetts Mutual Life Insurance Company* | CRAVATH, SWAINE & MOORE LLP |
| | 825 Eighth Avenue |
| | New York, New York 10019 |
| | (212) 474-1000 |
| | |
| | *Counsel for the Corporate Defendants, Joseph T. Jurkowski, David M. Duzyk, Louis Schioppo, Jr., and William A. King* |
| | |
| | *Of Counsel* |
| | Joel C. Haims |
| | JHaims@mofo.com |
| | LaShann M. DeArcy |
| | LDeArcy@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 1290 Avenue of the Americas |
| | New York, New York  10104 |
| | Tel:  (212) 468-8000 |
| | Fax:  (212) 468-7900 |
| | |
| | *Counsel for Defendants Thomas F. Marano and Michael B. Nierenberg* |

*Of Counsel*
Dani R. James
Jade A. Burns
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100

*Counsel for Defendant Jeffrey L. Verschleiser*

*Of Counsel*
Theresa Trzaskoma
David Elbaum
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, New York  10004
Tel: (212) 668-1900
Fax: (212) 668-0315

*Counsel for Defendants Richard Careaga, David Beck and Rolland Jurgens*

*Of Counsel*
Michael J. Chepiga
(mchepiga@stblaw.com)
William T. Russell, Jr.
(wrussell@stblaw.com)
Mark D. Villaverde
(mvillaverde@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Defendant Samuel L. Molinaro, Jr.*

/s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA  02110
Tel:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

*Of Counsel*
Sandra D. Hauser
Patrick E. Fitzmaurice
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800
sandra.hauser@snrdenton.com
patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew B. Perkins*

/s/ Zachary C. Kleinsasser
Zachary C. Kleinsasser (BBO# 664291)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
kleinsasserz@gtlaw.com

*Of Counsel*
Richard A. Edlin
Ronald D. Lefton
Candace Camarata
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212)801-6400
edlinr@gtlaw.com
leftonr@gtlaw.com
camaratac@gtlaw.com

*Counsel for Defendant Jeffrey Mayer*

SO ORDERED:

_____
Honorable Michael A. Ponsor, U.S.D.J.

### CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 27th of May, 2011.

/s/ Stephen E. Spelman