UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>JP MORGAN CHASE BANK, N.A.; JP MORGAN MORTGAGE ACQUISITION CORPORATION; JP MORGAN SECURITIES LLC; JP MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS,<br><br>        Defendants. | No. 3:11-cv-30094-MAP |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## **NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the following defendants in the above-referenced matter: Counsel for Defendants JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, EMC Mortgage Corporation, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Joseph T. Jurkowski, David M. Duzyk, Louis Schioppo, Jr., William A. King, Thomas F. Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser, Richard Careaga, David Beck, Rolland Jurgens and Samuel L. Molinaro, Jr.

545521

    THE DEFENDANTS
JP MORGAN CHASE BANK, N.A., JP MORGAN MORTGAGE ACQUISITION CORPORATION, JP MORGAN SECURITIES LLC, JP MORGAN ACCEPTANCE CORPORATION I, EMC MORTGAGE CORPORIATION, STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ASSET BACKED SECURITIES I LLC, WAMU ASSET ACCEPTANCE CORPORATION, WAMU CAPITAL CORPORATION, WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION, JOSEPH T. JURKOWSKI, DAVID M. DUZYK, LOUIS SCHIOPPO, JR., WILLIAM A. KING, THOMAS F. MARANO, MICHAEL B. NIERENBERG, JEFFREY L. VERSCHLEISER, RICHARD CAREAGA, DAVID BECK, ROLLAND JURGENS AND SAMUEL L. MOLINARO, JR.

By  /s/ *Jeffrey L. McCormick*
Jeffrey L. McCormick, Esq., BBO #329740
jmccormick@robinsondonovan.com
Direct Fax (413) 452-0327
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658

Dated: June 27, 2011

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 27th day of June, 2011.

    /s/ *Jeffrey L. McCormick*
Jeffrey L. McCormick, Esq.

545521