## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------------- x

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,

                   Plaintiff,

                   v.

JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI JR.; MATTHEW E, PERKINS; SAMUEL L. MOLINARO; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS,

                   Defendants.

----------------------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 3:11-cv-30094-MAP

### ASSENTED-TO MOTION FOR EXTENSION OF PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' EXPECTED MOTION TO DISMISS AND REQUEST FOR EXTENSION OF PAGE LIMITS IN THE PARTIES' PAPERS

Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual) hereby

moves for additional time to respond to the defendants' expected motion to dismiss, as stipulated

to by the parties, through their undersigned counsel, as set forth below.  Defendants JPMorgan

Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC,

J.P. Morgan Acceptance Corporation I, EMC Mortgage Corporation, Structured Asset Mortgage

Investments II Inc., Bear Stearns Asset Backed Securities I LLC, Cohen Legacy LLC, WaMu

Asset Acceptance Corporation, WaMu Capital Corporation and Washington Mutual Mortgage

Securities Corporation (collectively, the "Corporate Defendants"), as well as, among others,

David M. Duzyk, Louis Schioppo, Jr., William A. King, Jeffrey L. Verschleiser, Michael B.

Nierenberg, Jeffrey Mayer, Thomas F. Marano, Joseph T. Jurkowski, Jr., Matthew E. Perkins,

Samuel L. Molinaro, Richard Careaga, David Beck, Diane Novak and Rolland Jurgens

(collectively, the "Individual Defendants") (together with the Corporate Defendants,

"Defendants"), through their undersigned counsel, assent to the motion.

On April 8, 2011, Plaintiff commenced the above-captioned action by filing a

complaint (the "Complaint") in the United States District Court for the District of Massachusetts

against Defendants.

On May 3, 2011, May 4, 2011 and May 27, 2011, Plaintiff and Defendants filed

assented-to motions extending Defendants' time to answer, move or otherwise respond to the

Complaint to July 1, 2011.

On June 27, 2011, Defendants filed an assented-to motion extending Defendants'

time to answer, move or otherwise respond to the Complaint to July 26, 2011.

Counsel for Plaintiff and counsel for Defendants conferred and have stipulated

and agreed, subject to the approval of the Court, as follows:

1.     The Defendants shall answer, move, or otherwise respond to the

Complaint on or before July 26, 2011.

2.     In the event Defendants move to dismiss the complaint, Plaintiff shall

have eighty-five (85) days from the date Defendants serve such a motion to serve its opposition

-3-

papers, and Defendants shall have thirty (30) days from the date Plaintiff serves its opposition papers to serve reply papers.

       3.     Given the legal and factual issues in the case, the parties ask the Court to extend the page limits in Defendants' motion papers to fifty (50) pages and Plaintiff's opposition papers to sixty (60) pages, and that each Defendant be allowed to file a supplemental brief of up to ten (10) pages.  The parties also ask the Court to extend the page limit for Defendants' reply papers to thirty (30) pages, and that each Defendant be allowed to file a supplemental reply of five (5) pages.

       3.     By entering into this stipulation, Plaintiff and Defendants do not waive, and expressly preserve, any and all rights and defenses, including but not limited to defenses relating to jurisdiction, venue, arbitration, service of process and statute of limitations that may be available in this action.

       WHEREFORE, the parties respectfully request that this Court:

       1.     Grant the instant motion to enter an Order establishing the schedule stipulated to by the parties, including the extension on page limits, as set forth herein.

       2.     Grant such further relief as may be just and proper.

July 21, 2011

Respectfully submitted,

/s/ Stephen E. Spelman
Edward J. McDonough, Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts 01102
ejm@efclaw.com
ses@efclaw.com

*Of Counsel*
Philippe Z. Selendy
Jennifer J. Barrett
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601

*Counsel for Plaintiff Massachusetts Mutual
Life Insurance Company*

/s/ Jeffery L. McCormick
Jeffrey L. McCormick (BBO 329740)
ROBINSON DONOVAN, P.C.
1500 Main Street #1600
Springfield, Massachusetts 01115
jmccormick@Robinson-Donovan.com

*Counsel for Defendants JPMorgan Chase Bank,
N.A., J.P. Morgan Mortgage Acquisition
Corporation, J.P. Morgan Securities LLC, J.P.
Morgan Acceptance Corporation I, EMC
Mortgage Corporation, Structured Asset Mortgage
Investments II Inc., Bear Stearns Asset Backed
Securities I LLC, WaMu Asset Acceptance
Corporation, WaMu Capital Corporation and
Washington Mutual Mortgage Securities
Corporation, Joseph T. Jurkowski, David M.
Duzyk, Louis Schioppo, Jr., William A. King,
Thomas F. Marano, Michael B. Nierenberg,
Jeffrey L. Verschleiser, Richard Careaga, David
Beck, Rolland Jurgens and Samuel L. Molinaro,
Jr.*

*Of Counsel*
Robert H. Baron
Karin DeMasi
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

*Counsel for Defendants JPMorgan Chase Bank,
N.A., J.P. Morgan Mortgage Acquisition
Corporation, J.P. Morgan Securities LLC, J.P.
Morgan Acceptance Corporation I, EMC
Mortgage Corporation, Structured Asset Mortgage
Investments II Inc., Bear Stearns Asset Backed
Securities I LLC, WaMu Asset Acceptance
Corporation, WaMu Capital Corporation and
Washington Mutual Mortgage Securities
Corporation, Joseph T. Jurkowski, David M.
Duzyk, Louis Schioppo, Jr., and William A. King*

-5-

*Of Counsel*
Joel C. Haims
JHaims@mofo.com
LaShann M. DeArcy
LDeArcy@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104
Tel:  (212) 468-8000
Fax:  (212) 468-7900

*Counsel for Defendants Thomas F. Marano and Michael B. Nierenberg*

*Of Counsel*
Dani R. James
Jade A. Burns
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100

*Counsel for Defendant Jeffrey L. Verschleiser*

*Of Counsel*
Theresa Trzaskoma
David Elbaum
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, New York  10004
Tel: (212) 668-1900
Fax: (212) 668-0315

*Counsel for Defendants Richard Careaga, David Beck, Rolland Jurgens and Diane Novak*

*Of Counsel*
Michael J. Chepiga
(mchepiga@stblaw.com)
William T. Russell, Jr.
(wrussell@stblaw.com)
Mark D. Villaverde
(mvillaverde@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Defendant Samuel L. Molinaro, Jr.*

/s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA  02110
Tel:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

*Of Counsel*
Sandra D. Hauser
Patrick E. Fitzmaurice
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800
sandra.hauser@snrdenton.com
patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew B. Perkins*

/s/ Zachary C. Kleinsasser
Zachary C. Kleinsasser (BBO# 664291)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts  02110
Tel: (617) 310-6000
Fax: (617) 310-6001
kleinsasserz@gtlaw.com

*Of Counsel*
Richard A. Edlin
Ronald D. Lefton
Candace Camarata
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY  10166
Tel: (212) 801-9200
Fax: (212)801-6400
edlinr@gtlaw.com
leftonr@gtlaw.com
camaratac@gtlaw.com

*Counsel for Defendant Jeffrey Mayer*

/s/ Timothy J. Fazio
Timothy J. Fazio (BBO# 654157)
Cooley Manion Jones LLP
21 Custom House Street
Boston, Massachusetts  02110
Tel: (617) 737-3100
tfazio@cmjlaw.com

*Of Counsel*
Robert A. O'Hare
Andrew C. Levitt
O'HARE PARNAGIAN LLP
82 Wall Street, Suite 300
New York, NY 10005-3686
Phone:  212-425-1401

*Counsel for Defendant Cohen Legacy LLC*

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 21st day of July, 2011.

Stephen E. Spelman