UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | |
| JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI JR.; MATTHEW E, PERKINS; SAMUEL L. MOLINARO; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS, | : | No. 3 :11-cv-30094-MAP |
| Defendants. | : | |

---

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Michael Pastore of Greenberg Traurig, LLP as co-counsel for the Defendant Jeffrey Mayer in the above-captioned matter.

| | |
|---|---|
| DATED: August 18, 2011 | Respectfully Submitted, |
| | GREENBERG TRAURIG, LLP |
| | /s/ Michael Pastore |
| | Michael Pastore, BBO# 669692 |
| | GREENBERG TRAURIG, LLP |
| | One International Place |
| | Boston, Massachusetts  02110 |
| | Tel: (617) 310-6000 |
| | Fax: (617) 310-6001 |
| | pasorem@gtlaw.com |
| | *Attorney for Defendant Jeffrey Mayer* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on August 18, 2011.

| | |
|---|---|
| Dated: August 18, 2011 | /s/ Michael Pastore |
| | Michael Pastore |