UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : |
| JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI JR.; MATTHEW E, PERKINS; SAMUEL L. MOLINARO; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS, | : No. 3 :11-cv-30094-MAP |
| Defendants. | : |

**WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Jeffrey M. Burns of Greenberg Traurig, LLP as counsel for Defendant Jeffrey Mayer in the above-captioned action. Attorneys Michael Pastore, Ronald Lefton, Richard Edlin, and Candace Camarata, all of the law firm Greenberg Traurig, LLP, remain as counsel of record for Defendant Jeffrey Mayer.

DATED:  August 18, 2011                           Respectfully Submitted,

                                                   /s/ Jeffrey M. Burns
Jeffrey M. Burns, BBO# 661448
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts  02110
Tel: (617) 310-6000
Fax: (617) 310-6001
burnsj@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on August 18, 2011.

Dated: August 18, 2011                              /s/ Jeffrey M. Burns
                                                                               Jeffrey M. Burns