# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
--------------------------------------------------------------------  x
MASSACHUSETTS MUTUAL LIFE INSURANCE        :
COMPANY,                                    :
                    Plaintiff,              :
                                            :
          v.                                :
                                            :
JPMORGAN CHASE BANK, N.A.; J.P. MORGAN      :   No. 3:11-cv-30094-MAP
MORTGAGE ACQUISITION CORPORATION; J.P.      :
MORGAN SECURITIES LLC; J.P. MORGAN          :
ACCEPTANCE CORPORATION I; DAVID M. DUZYK;   :
LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC   :
MORTGAGE CORPORATION; STRUCTURED ASSET      :
MORTGAGE INVESTMENTS II INC.; BEAR STEARNS  :
ASSET BACKED SECURITIES I LLC; COHEN        :
LEGACY, LLC; JEFFREY L. VERSCHLEISER;       :
MICHAEL B. NIERENBERG; JEFFREY MAYER;       :
THOMAS F. MARANO; JOSEPH T. JURKOWSKI JR.;  :
MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; :
WAMU ASSET ACCEPTANCE CORPORATION;          :
WAMU CAPITAL CORPORATION; WASHINGTON        :
MUTUAL MORTGAGE SECURITIES CORPORATION;     :
RICHARD CAREAGA; DAVID BECK; DIANE NOVAK;   :
THOMAS GREEN; and ROLLAND JURGENS,          :
                                            :
                    Defendants.             :
--------------------------------------------------------------------  x
```

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

plaintiff Massachusetts Mutual Life Insurance Company voluntarily dismisses without prejudice

and without costs its claims in the above-entitled action as to defendant Cohen Legacy, LLC.

For the Plaintiff,
MASSACHUSETTS MUTUAL
LIFE INSURANCE COMPANY
By Its Attorneys

*/s/ Edward J. McDonough Jr.*
Edward J. McDonough Jr., Esq.
BBO#331590
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street – P. O. Box 9035
Springfield, MA 01102-9035
ejm@efclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 29th day of September, 2011.

*/s/ Edward J. McDonough Jr.*