UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>        Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS,<br><br>        Defendants. | No. 3:11-cv-30094-MAP |

**STATUS REPORT PURSUANT TO THE COURT'S FEBRUARY 14, 2012 ORDER**

Pursuant to the Court's February 14, 2012 Memorandum and Order Regarding Defendants' Motion to Dismiss ("Order"), defendants in the above-captioned action, through their undersigned counsel, submit the following status report identifying the non-underwriter control person defendants against whom MassMutual's claims under section 410(b) of the Massachusetts Uniform Securities Act and the Complaint are dismissed, in whole or in part, as a result of the Court's Order:

I.      **Entity Defendants Against Whom The Complaint Is Dismissed in Its Entirety**

**1. J.P. Morgan Mortgage Acquisition Corporation:** As sponsor for the four JPMorgan securitizations, alleged to control depositor, J.P. Morgan Acceptance Corporation I ("JPMAC") and, through JPMAC, the trusts for those securitizations. (Complaint ¶ 651.)

**2. J.P. Morgan Acceptance Corporation I:** As depositor for the four JPMorgan securitizations, alleged to control the trusts for those securitizations. (Complaint ¶ 652.)

**3. EMC Mortgage Corporation:** As sponsor for 23 of the Bear Stearns securitizations, alleged to control the related depositors and, through the depositors, the trusts for those securitizations (Complaint ¶ 656.)

**4. Structured Asset Mortgage Investments II Inc. ("SAMI"):** As depositor for 16 of the Bear Stearns securitizations, alleged to control the trusts for those securitizations (Complaint ¶ 658.)

**5. Bear Stearns Asset Backed Securities I LLC ("BSABS"):** As depositor for eight of the Bear Stearns securitizations, alleged to control the trusts for those securitizations (Complaint ¶ 659.)

**6. Cohen Legacy LLC:** Alleged successor-in-interest to Alesco Loan Holdings Trust, which, as sponsor for the BSARM 2007-2 securitization, is alleged to control the depositor and, through the depositors, the related trust.[1] (Complaint ¶¶ 28, 657.)

**7. JPMorgan Chase Bank, N.A.:** Alleged successor-in-interest to Washington Mutual Bank ("WaMu Bank"), which, as sponsor for three of the WaMu securitizations, is alleged to control the depositors for those securitizations and, through the depositors, the trusts for those securitizations. (Complaint ¶ 667.)

---

[1] All claims against defendant Cohen Legacy, LLC were voluntarily dismissed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure prior to the issuance of the Court's Order. See September 29, 2011 Notice of Voluntary Dismissal (Dkt. No. 80).

    **8. WaMu Asset Acceptance Corporation ("WMAAC"):** As depositor for four of the WaMu securitizations, alleged to control the trusts for those securitizations. (Complaint ¶ 670.)

    **9. Washington Mutual Mortgage Securities Corporation:** As Sponsor for two of the WaMu securitizations, alleged to control the related depositor and, through the depositor, the trusts for those securitizations. (Complaint ¶ 668.) As depositor for the WaMu 2005-AR1 securitization, also alleged to control the trust for that securitization. (Complaint ¶ 669.)

**II.**     <u>**Individual Defendants Against Whom The Complaint Is Dismissed In Its Entirety**</u>

    **1. David M. Duzyk:** Alleged to control depositor JPMAC. (Complaint ¶ 653.)

    **2. Louis Schioppo, Jr.:** Alleged to control depositor JPMAC. (Complaint ¶ 654.)

    **3. William A. King:** Alleged to control depositor JPMAC. (Complaint ¶ 655.)

    **4. Matthew E. Perkins:** Alleged to control depositor BSABS. (Complaint ¶ 665.)

    **5. Richard Careaga:** Alleged to control depositor WMAAC. (Complaint ¶ 671.)

    **6. Thomas Green:** Alleged to control depositor WMAAC. (Complaint ¶ 674.)

    **7. Rolland Jurgens:** Alleged to control depositor WMAAC and sponsor WaMu Bank. (Complaint ¶ 675.)

**III.**     <u>**Individual Defendants Against Whom The Complaint is Dismissed In Part**[2]</u>

    **1. Jeffrey L. Verschleiser:** Alleged to control underwriter Bear, Stearns & Co. Inc. ("BSC") and depositor SAMI. (Complaint ¶ 660.) Section 410(b) claims against Jeffrey L. Verschleiser arising from his alleged control of depositor SAMI are dismissed.

    **2. Michael B. Nierenberg:** Alleged to control underwriter BSC and depositor SAMI. (Complaint ¶ 661.) Section 410(b) claims against Michael B. Nierenberg arising from his alleged control of depositor SAMI are dismissed.

---

[2] The Individual Defendants listed in this Section are alleged to be control persons of both Underwriter Defendants and non-underwriter Defendants. To the extent that claims are asserted against these individuals in their capacity as alleged control persons of non-underwriter Defendants, those claims are dismissed.

  **3. Jeffrey Mayer:** Alleged to control underwriter BSC and depositor SAMI. (Complaint ¶ 662.) Section 410(b) claims against Jeffrey Mayer arising from his alleged control of depositor SAMI are dismissed.

  **4. Thomas F. Marano:** Alleged to control underwriter BSC, depositor SAMI and depositor BSABS. (Complaint ¶ 663.) Section 410(b) claims against Thomas F. Marano arising from his alleged control of depositors SAMI and BSABS are dismissed.

  **5. Joseph T. Jurkowski:** Alleged to control underwriter BSC and depositor BSABS. (Complaint ¶ 664.) Section 410(b) claims against Joseph T. Jurkowski arising from his alleged control of depositor BSABS are dismissed.

  **6. Samuel L. Molinaro, Jr.:** Alleged to control underwriter BSC and depositor BSABS. (Complaint ¶ 666.) Section 410(b) claims against Samuel L. Molinaro, Jr. arising from his alleged control of depositor BSABS are dismissed.

  **7. David Beck:** Alleged to control underwriter WaMu Capital Corporation ("WCC") and depositor WMAAC. (Complaint ¶ 672.) Section 410(b) claims against David Beck arising from his alleged control of depositor WMAAC are dismissed.

  **8. Diane Novak:** Alleged to control underwriter WaMu Capital Corporation ("WCC") and depositor WMAAC. (Complaint ¶ 673.) Section 410(b) claims against Diane Novak arising from her alleged control of depositor WMAAC are dismissed.

Dated: February 28, 2012
      Springfield, Massachusetts

                                        /s/ Jeffrey L. McCormick
                                        Jeffrey L. McCormick (BBO 329740)
                                        ROBINSON DONOVAN, P.C.
                                        1500 Main Street #1600
                                        Springfield, MA 01115
                                        jmccormick@Robinson-Donovan.com

*Counsel for Defendants JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, EMC Mortgage Corporation, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation and Washington Mutual Mortgage Securities Corporation, Joseph T. Jurkowski, David M. Duzyk, Louis Schioppo, Jr., William A. King, Thomas F. Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser, Richard Careaga, David Beck, Diane Novak, Rolland Jurgens and Samuel L. Molinaro, Jr.*

*Of Counsel*
Robert H. Baron
Karin DeMasi
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Counsel for Defendants JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, EMC Mortgage Corporation, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation and Washington Mutual Mortgage Securities Corporation, Joseph T. Jurkowski, David M. Duzyk, Louis Schioppo, Jr., and William A. King*

*Of Counsel*
Joel C. Haims
JHaims@mofo.com
LaShann M. DeArcy
LDeArcy@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104
Tel:  (212) 468-8000
Fax:  (212) 468-7900

*Counsel for Defendants Thomas F. Marano and Michael B. Nierenberg*

*Of Counsel*
Dani R. James
Jade A. Burns
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

*Counsel for Defendant Jeffrey L. Verschleiser*

*Of Counsel*
Theresa Trzaskoma
David Elbaum
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, NY  10004
Tel: (212) 668-1900
Fax: (212) 668-0315

*Counsel for Defendants Richard Careaga, David Beck, Rolland Jurgens and Diane Novak*

<div style="columns: 2;">

*Of Counsel*
Pamela Chepiga
Allie Cheatham
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 765-1125

*Counsel for Defendant Samuel L. Molinaro, Jr.*

/s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA  02110
Tel:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

*Of Counsel*
Sandra D. Hauser
Patrick E. Fitzmaurice
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800
sandra.hauser@snrdenton.com
patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew E. Perkins*

/s/ Michael Pastore
Michael Pastore (BBO# 669692)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA  02110
Tel: (617) 310-6000
Fax: (617) 310-6001
burnsj@gtlaw.com

*Of Counsel*
Richard A. Edlin
Ronald D. Lefton
Candace Camarata
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY  10166
Tel: (212) 801-9200
Fax: (212)801-6400
edlinr@gtlaw.com
leftonr@gtlaw.com
camaratac@gtlaw.com

*Counsel for Defendant Jeffrey Mayer*

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 28th day of February, 2012.

/s/ Jeffrey L. McCormick