## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY,

               Plaintiff,

        v.

JPMORGAN CHASE BANK, N.A.; J.P. MORGAN
MORTGAGE ACQUISITION CORPORATION; J.P.
MORGAN SECURITIES LLC; J.P. MORGAN
ACCEPTANCE CORPORATION I; DAVID M. DUZYK;
LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC
MORTGAGE CORPORATION; STRUCTURED ASSET
MORTGAGE INVESTMENTS II INC.; BEAR STEARNS
ASSET BACKED SECURITIES I LLC; COHEN LEGACY
LLC; JEFFREY L. VERSCHLEISER; MICHAEL B.
NIERENBERG; JEFFREY MAYER; THOMAS F.
MARANO; JOSEPH T. JURKOWSKI JR.; MATTHEW E,
PERKINS; SAMUEL L. MOLINARO; WAMU ASSET
ACCEPTANCE CORPORATION; WAMU CAPITAL
CORPORATION; WASHINGTON MUTUAL
MORTGAGE SECURITIES CORPORATION; RICHARD
CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS
GREEN; and ROLLAND JURGENS,

               Defendants.

No. 3:11-cv-30094-MAP

## ASSENTED-TO MOTION FOR EXTENSION OF
## DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT

       Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Jeffrey L.

Verschleiser, Michael B. Nierenberg, Jeffrey Mayer, Thomas F. Marano, Joseph T. Jurkowski,

Jr., Samuel L. Molinaro, David Beck and Diane Novak ("Defendants"), hereby move for an

extension of their time to answer the complaint filed by Plaintiff Massachusetts Mutual Life

Insurance Company ("Plaintiff") in the above-captioned action (the "Action"), as stipulated to by

the parties, through their undersigned counsel, as set forth below.  Plaintiff, through its

undersigned counsel, assents to the motion.

On April 8, 2011, Plaintiff commenced the above-captioned action by filing a

complaint ("Complaint") in the United States District Court for the District of Massachusetts

against Defendants.

By Memorandum and Order entered on February 14, 2012, the Court granted in

part and denied in part Defendants' motions to dismiss the Complaint and directed Defendants,

as applicable, to serve and file answers within twenty (20) days of the Court's Order.

Counsel for Plaintiff and counsel for Defendants conferred and have stipulated

and agreed, subject to the approval of the Court, as follows:

1.      The Defendants shall answer the Complaint on or before March 20, 2012.

2.      By entering into this stipulation, Plaintiff and Defendants do not waive,

and expressly preserve, any and all rights and defenses, including but not limited to the right to

replead or amend the allegations in support of any claims or assert any defenses relating to

jurisdiction, venue, arbitration, service of process and statute of limitations or any counter-claims

that may be available in this Action.

WHEREFORE, the parties respectfully request that this Court:

1.      Grant the instant motion to enter an Order per the terms stipulated to by

the parties, as set forth herein.

2.      Grant such further relief as may be just and proper.

February 29, 2012

Respectfully submitted,

/s/ Edward J. McDonough, Jr.
Edward J. McDonough, Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts 01102
ejm@efclaw.com
ses@efclaw.com

*Of Counsel*
Philippe Z. Selendy
Jennifer J. Barrett
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601

*Counsel for Plaintiff Massachusetts Mutual
Life Insurance Company*

/s/ Jeffery L. McCormick
Jeffrey L. McCormick (BBO 329740)
ROBINSON DONOVAN, P.C.
1500 Main Street #1600
Springfield, Massachusetts 01115
jmccormick@Robinson-Donovan.com

*Counsel for Defendants J.P. Morgan Securities
LLC, WaMu Capital Corporation, Joseph T.
Jurkowski, Thomas F. Marano, Michael B.
Nierenberg, Jeffrey L. Verschleiser, David Beck,
Diane Novak and Samuel L. Molinaro, Jr.*

*Of Counsel*
Robert H. Baron
Karin DeMasi
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

*Counsel for Defendants J.P. Morgan Securities
LLC, WaMu Capital Corporation and Joseph T.
Jurkowski.*

*Of Counsel*
Joel C. Haims
JHaims@mofo.com
LaShann M. DeArcy
LDeArcy@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104
Tel:  (212) 468-8000
Fax:  (212) 468-7900

*Counsel for Defendants Thomas F. Marano and Michael B. Nierenberg*

*Of Counsel*
Dani R. James
Jade A. Burns
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100

*Counsel for Defendant Jeffrey L. Verschleiser*

*Of Counsel*
Theresa Trzaskoma
David Elbaum
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, New York  10004
Tel: (212) 668-1900
Fax: (212) 668-0315

*Counsel for Defendants David Beck and Diane Novak*

*Of Counsel*
Pamela Chepiga
Allie Cheatham
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 765-1125

*Counsel for Defendant Samuel L. Molinaro, Jr.*

/s/ Michael Pastore
Michael Pastore (BBO# 669692)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts  02110
Tel: (617) 310-6000
Fax: (617) 310-6001
pastorem@gtlaw.com

*Of Counsel*
Richard A. Edlin
Ronald D. Lefton
Candace Camarata
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY  10166
Tel: (212) 801-9200
Fax: (212)801-6400
edlinr@gtlaw.com
leftonr@gtlaw.com
camaratac@gtlaw.com

*Counsel for Defendant Jeffrey Mayer*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 29th day of February, 2012.

_____Jeffrey L. McCormick_____