**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY, LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI, JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS,<br><br>        Defendants. | No. 3:11-cv-30094-MAP |

**DEFENDANTS' RESPONSE TO MASSMUTUAL'S MOTION TO AMEND THE COMPLAINT WITH RESPECT TO, AND FOR RECONSIDERATION OF THE PROPOSED DISMISSAL OF, DEFENDANTS DAVID M. DUZYK, LOUIS SCHIOPPO, JR., WILLIAM A. KING, AND MATTHEW E. PERKINS**

Defendants in the above-captioned action, through their undersigned counsel, respectfully submit this response to MassMutual's motion to amend the complaint with respect to, and for reconsideration of the dismissal of, individual defendants David M. Duzyk, Louis Schioppo, Jr., William A. King, and Matthew E. Perkins ("Motion"). Defendants take no position with respect

to MassMutual's Motion[1], but write to correct two erroneous assertions made by MassMutual in its submission to the Court.

First, MassMutual's reference to the "proposed" dismissal of the claims against the non-underwriter defendants who are the subject of its Motion, (Motion at 1), is wrong.  In its February 14, 2012 Memorandum and Order Regarding Defendants' Motions to Dismiss ("Order"), this Court already dismissed the non-underwriter defendants:  "Plaintiff's section 410(a) claims against the non-underwriter Defendants <u>are dismissed</u> in all of the complaints", and "Plaintiff's section 410(b) claims against Defendants whose control person liability stems from primary violations by non-underwriter Defendants <u>are also dismissed</u>".  (Order at 57-58 (emphasis added).)  The dismissal of those claims was "So Ordered", and thus took effect, on February 14, 2012.  (<u>Id.</u> at 58.)  Thus, the dismissal of Plaintiff's claims against the applicable entity and individual Defendants does not require any further order of this Court.  The status report submitted at the Court's request on February 28, 2012 ("Status Report") was intended only to identify by name, for the benefit of the Court and the parties, the Defendants already dismissed as a result of the Order—not as a request for, proposal of, or prelude to some further Court order.

Second, Plaintiff mischaracterizes the import of Defendants' Status Report in one other respect.  Specifically, Plaintiff asserts that:

> In their status report, Defendants indicated that MassMutual has stated Section 410(b) claims against the following individual Defendants: Jeffrey L. Verschleiser, Michael B. Nierenberg, Jeffrey Mayer, Thomas F. Marano, Joseph T. Jurkowski, Samuel L. Molinaro, Jr., David Beck, and Diane Novak.

---

[1] Defendants do note, however, that Plaintiff's proposed new allegations do not appear to be based on any new information about the titles or positions these individuals held at the corporate Defendants that was not equally available to Plaintiff at the time it filed the original Complaint. Moreover, Plaintiff's statement that, prior to the Court's February 14, 2012 Order, "there was no reason to distinguish each individual Defendant's control over an underwriter from his control over non-underwriters", (Motion at 11), is belied by the fact that Plaintiff did just that in the original Complaint with regard to several other individuals.  (<u>See, e.g.</u>, Complaint ¶¶ 660-64, 666.)

2

(Motion at 2 n.1.)  But, as is evident from the Status Report, Defendants did no such thing. While Defendants recognize that the Court's Order sustained Plaintiff's claims against alleged control persons of underwriter Defendants at the pleading stage, Defendants respectfully disagree that MassMutual has stated claims against the alleged control persons, and expressly reserve their rights to attack the sufficiency of those control person claims at a later stage of this litigation or in any other litigation.  Moreover, as stated in the Status Report, to the extent that claims were asserted against these same individuals in their capacity as alleged control persons of non-underwriter Defendants, those claims are dismissed.  (Status Report at 3 n.2.)

Dated:  March 8, 2012
        Springfield, Massachusetts

/s/ Jeffrey L. McCormick
Jeffrey L. McCormick (BBO 329740)
ROBINSON DONOVAN, P.C.
1500 Main Street #1600
Springfield, MA 01115
jmccormick@Robinson-Donovan.com

*Counsel for Defendants JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, EMC Mortgage Corporation, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Joseph T. Jurkowski, Jr., David M. Duzyk, Louis Schioppo, Jr., William A. King, Thomas F. Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser, Richard Careaga, David Beck, Diane Novak, Rolland Jurgens and Samuel L. Molinaro, Jr.*

*Of Counsel*
Robert H. Baron
Karin DeMasi
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Counsel for Defendants JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, EMC Mortgage Corporation, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Joseph T. Jurkowski, Jr., David M. Duzyk, Louis Schioppo, Jr., and William A. King*

*Of Counsel*
Joel C. Haims
JHaims@mofo.com
LaShann M. DeArcy
LDeArcy@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Tel:  (212) 468-8000
Fax:  (212) 468-7900

*Counsel for Defendants Thomas F. Marano and Michael B. Nierenberg*

*Of Counsel*
Dani R. James
Jade A. Burns
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

*Counsel for Defendant Jeffrey L. Verschleiser*

*Of Counsel*
Theresa Trzaskoma
David Elbaum
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, NY 10004
Tel: (212) 668-1900
Fax: (212) 668-0315

*Counsel for Defendants Richard Careaga, David Beck, Rolland Jurgens and Diane Novak*

*Of Counsel*
Pamela Chepiga
Allie Cheatham
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 765-1125

*Counsel for Defendant Samuel L. Molinaro, Jr.*

/s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA 02110
Tel:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

*Of Counsel*
Sandra D. Hauser
Patrick E. Fitzmaurice
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800
sandra.hauser@snrdenton.com
patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew E. Perkins*

/s/ Michael Pastore
Michael Pastore (BBO# 669692)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
burnsj@gtlaw.com

*Of Counsel*
Richard A. Edlin
Ronald D. Lefton
Candace Camarata
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212)801-6400
edlinr@gtlaw.com
leftonr@gtlaw.com
camaratac@gtlaw.com

*Counsel for Defendant Jeffrey Mayer*

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 8th day of March, 2012.

/s/ Jeffrey L. McCormick