# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS, | : | No. 3:11-cv-30094-MAP |
| Defendants. | : | |

---

## NOTICE OF APPEARANCE

Kindly enter the appearance in the above-entitled action of Philip A. O'Connell, Jr. as counsel for defendant Matthew E. Perkins.

| Dated: March 9, 2012 | SNR DENTON US LLP<br><br>/s/ Philip A. O'Connell, Jr.<br>Philip A. O'Connell, Jr. (BBO# 649343)<br>SNR DENTON US LLP<br>101 Federal Street, Suite 2750<br>Boston, MA 02110<br>Tel: (617) 235-6802<br>Fax: (617) 235-6899 |
|---|---|

|  | philip.oconnelljr@snrdenton.com |
|--|--|
|  | *Counsel for Defendant Matthew E. Perkins* |

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic on March 9, 2012.

                                     _ /s/ Philip A. O'Connell, Jr. _