UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : |
| JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI JR.; MATTHEW E, PERKINS; SAMUEL L. MOLINARO; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS, | : No. 3:11-cv-30094-MAP |
| Defendants. | : |

---

## **UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF SANDRA D. HAUSER**

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Sandra D. Hauser of SNR Denton US LLP, 1221 Avenue of the Americas, New York, NY 10020, be admitted to appear on behalf of Defendant *Matthew Perkins* and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:.

    1. Ms. Hauser is a Partner with the law firm of SNR Denton US LLP and practices under the firm letterhead:

      SNR Denton US LLP
      1221 Avenue of the Americas
      New York, New York 10020
      Telephone: (212) 768-6802
      Fax: (212) 768-6800
      E-mail: sandra.hauser@snrdenton.com

2. Ms. Hauser is and has been a member in good standing of the bars of the following courts since the following dates:

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York | 1992 | 2488187 |
| U.S. District Court for the Southern District of New York | 1995 | |
| U.S. District Court for the Southern District of New York | 1995 | |
| U.S. District Court for the Eastern District of Michigan | 2007 | |
| U.S. Court of Appeals for the Eleventh Circuit | 2001 | |
| U.S. Court of Appeals for the Second Circuit | 2002 | |
| U.S. Court of Appeals for the Fourth Circuit | 2004 | |
| U.S. Court of Appeals for the Eighth Circuit | 2010 | |
| U.S. Court of Appeals for the Ninth Circuit | 2010 | |

3. There are no disciplinary proceedings pending against Ms. Hauser as a member of the bar in any jurisdiction;

4. Ms. Hauser has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts;

5. In further support of this motion, Ms. Hauser has submitted as Exhibit A hereto his Certificate of Good Standing as required by Local Rule 83.5.3;

6. Plaintiff has indicated that it does not oppose this motion; and

7. Payment in the amount of $50.00 is being submitted electronically concurrent with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully moves Ms. Hauser's admission to practice before this Court *pro hac vice*.

Dated: March 9, 2012                        SNR DENTON US LLP

                                                  s/Philip A. O'Connell, Jr.
                                                  Philip A. O'Connell, Jr. (BBO# 649343)

SNR Denton US LLP
101 Federal Street, Suite 2750
Boston, MA 021109
Tel: (617) 235-6802
Fax: (617) 235-6899
philip.oconnelljr@snrdenton.com

*Attorneys for Defendant Matthew Perkins*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for Defendant *Matthew Perkins* conferred in good faith with counsel for Plaintiff in an effort to narrow and resolve the issues raised in this motion, and Plaintiff has indicated that it does not oppose this motion.

/s/Philip A. O'Connell, Jr.
Phillip S. O'Connell, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on March 9, 2012.

/s/Philip A. O'Connell, Jr.
Phillip S. O'Connell, Jr.

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------- x
MASSACHUSETTS MUTUAL LIFE INSURANCE  :
COMPANY,                                                                                  :
               Plaintiff,                                                                 :
                                                                                               :
               v.                                                                                :
                                                                                               :
JPMORGAN CHASE BANK, N.A.; J.P. MORGAN         :   No. 3:11-cv-30094-MAP
MORTGAGE ACQUISITION CORPORATION; J.P.         :
MORGAN SECURITIES LLC; J.P. MORGAN             :
ACCEPTANCE CORPORATION I; DAVID M. DUZYK;      :
LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC      :
MORTGAGE CORPORATION; STRUCTURED ASSET         :
MORTGAGE INVESTMENTS II INC.; BEAR STEARNS     :
ASSET BACKED SECURITIES I LLC; COHEN LEGACY    :
LLC; JEFFREY L. VERSCHLEISER; MICHAEL B.       :
NIERENBERG; JEFFREY MAYER; THOMAS F.           :
MARANO; JOSEPH T. JURKOWSKI JR.; MATTHEW E,    :
PERKINS; SAMUEL L. MOLINARO; WAMU ASSET        :
ACCEPTANCE CORPORATION; WAMU CAPITAL           :
CORPORATION; WASHINGTON MUTUAL                 :
MORTGAGE SECURITIES CORPORATION; RICHARD       :
CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS       :
GREEN; and ROLLAND JURGENS,                    :
               Defendants.                                                           :
                                                                                               :
------------------------------------------------------------------------- x

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 85.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Sandra D. Hauser, hereby certify that: (1) I am admitted to the bars of the Courts set forth in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

- 5 -

                                      Respectfully submitted,

                                      /s/ Sandra D. Hauser, Esq.
                                      Sandra D. Hauser, Esq.

Dated: March 9, 2012