# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>                v.<br><br>JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY, LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI, JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS,<br><br>                Defendants. | Civil Action No. 3:11-cv-30094-MAP |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME
FOR MASSMUTUAL TO MOVE TO STRIKE CERTAIN DEFENSES
ASSERTED IN DEFENDANTS' ANSWERS, AND
<u>EXTENSION OF TIME FOR DEFENDANTS TO AMEND THEIR ANSWERS</u>**

Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") hereby moves for an extension of its time to move to strike certain defenses asserted in the answers (the "Answers") filed in the above-captioned action (the "Action"), as stipulated to by the parties, through their undersigned counsel, as set forth below.  Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Jeffrey L. Verschleiser, Michael B. Nierenberg, Thomas F. Marano, Jeffrey Mayer, Joseph T. Jurkowski, Jr., Samuel Molinaro, David Beck, and Diane Novak (collectively, "Defendants"), through their undersigned counsel, assent to this motion.

MassMutual commenced the Action by filing a complaint (the "Complaint") in the United States District Court for the District of Massachusetts against Defendants.  On March 20, 2012, Defendants filed their Answers to the Complaint.

MassMutual intends to file a motion to strike certain defenses asserted in the Answers, which is due on or before April 13, 2012 pursuant to Federal Rules of Civil Procedure 6(d) and 12(f).

To allow MassMutual and Defendants sufficient time to meet and confer in an attempt to narrow the defenses that will be the subject of the motion to strike, MassMutual and Defendants have conferred and stipulate and agree, subject to the approval of the Court, as follows:

1.      The time for MassMutual to file a motion to strike certain defenses asserted in the Answers shall be extended up to and including April 27, 2012.

2.      In addition, the time for Defendants to amend their Answers shall be extended up to and including April 25, 2012.  If an amended answer is filed, the time for MassMutual to file any motion to strike shall be further extended up to and including May 9, 2012.  MassMutual and Defendants agree that if an amended answer is filed, MassMutual need not conduct an additional meet and confer prior to filing any motion to strike.

3. Any motion by MassMutual to strike defenses in the Answers or any amended answers shall be briefed according to the following schedule (in addition to the deadlines set forth above for the filing of MassMutual's motion to strike):

   a) Defendants' opposition(s) due 28 days after filing of the motion to strike;

   b) MassMutual shall be afforded the right to a reply brief, which shall be due 14 days after filing of Defendants' opposition(s).

WHEREFORE, the parties respectfully request that this Court:

1. Grant the instant motion to enter an Order per the terms stipulated to by the parties, as set forth herein.

2. Grant such further relief as may be just and proper.

DATED:  April 13, 2012            Respectfully submitted,

                                  EGAN, FLANAGAN AND COHEN, P.C.


                                  /s/ Edward J. McDonough, Jr.
                                  Edward J. McDonough, Jr. (BBO 331590)
                                  Stephen E. Spelman (BBO 632089)
                                  67 Market Street, P.O. Box 9035
                                  Springfield, Massachusetts 01102
                                  ejm@efclaw.com
                                  ses@efclaw.com

                                  *Of Counsel*
                                  Philippe Z. Selendy
                                  Jennifer J. Barrett
                                  QUINN EMANUEL URQUHART &
                                  SULLIVAN LLP
                                  51 Madison Avenue, 22nd Floor
                                  New York, New York 10010-1601

                                  *Counsel for Plaintiff Massachusetts Mutual Life Insurance Company*

ROBINSON DONOVAN, P.C.

/s/  Jeffrey L. McCormick
Jeffrey L. McCormick (BBO 329740)
1500 Main Street #1600
Springfield, Massachusetts 01115
jmccormick@Robinson-Donovan.com

*Counsel for Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Joseph T. Jurkowski, Thomas F. Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser, David Beck, Diane Novak and Samuel L. Molinaro, Jr.*

*Of Counsel*
Robert H. Baron
Karin A. DeMasi
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

*Counsel for Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation and Joseph T. Jurkowski, Jr.*

*Of Counsel*
Joel C. Haims
JHaims@mofo.com
LaShann M. DeArcy
LDeArcy@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 468-8000
Fax: (212) 468-7900

*Counsel for Defendants Thomas F. Marano and Michael B. Nierenberg*

3

*Of Counsel*
Dani R. James
Jade A. Burns
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Counsel for Defendant Jeffrey L. Verschleiser*

*Of Counsel*
Theresa Trzaskoma
David Elbaum
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 668-1900
Fax: (212) 668-0315

*Counsel for Defendants David Beck and Diane Novak*

*Of Counsel*
Pamela Chepiga
Allie Cheatham
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 765-1125

*Counsel for Defendant Samuel L. Molinaro, Jr.*

GREENBERG TRAURIG, LLP


/s/ Michael Pastore
Michael Pastore (BBO# 669692)
One International Place
Boston, Massachusetts 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
pastorem@gtlaw.com

*Of Counsel*
Richard A. Edlin
Ronald D. Lefton
Candace Camarata
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212)801-6400
edlinr@gtlaw.com
leftonr@gtlaw.com
camaratac@gtlaw.com

*Counsel for Defendant Jeffrey Mayer*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 13th day of April, 2012.

                                        /s/ Edward J. McDonough, Jr.
                                        Edward J. McDonough Jr.