IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY, LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI, JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS,<br><br>　　　　　　Defendants. | Civil Action No. 3:11-30094-MAP |

**MASSMUTUAL'S MOTION TO STRIKE
CERTAIN PURPORTED DEFENSES**

Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") hereby moves, pursuant to Federal Rule of Civil Procedure 12(f), for an order striking the following affirmative defenses asserted in the Amended Answers of Defendants J.P. Morgan Securities LLC, WaMu

1

Capital Corporation, Jeffrey L. Verschleiser, Michael B. Nierenberg, Thomas F. Marano, Jeffrey Mayer, Joseph T. Jurkowski, Samuel Molinaro, David Beck, and Diane Novak:

- Sixth Defense (all Defendants);

- Eighth Defense (all Defendants, to the extent it asserts MassMutual "should have known" of the misstatements or omissions);

- Twelfth Defense (all Defendants, to the extent it asserts MassMutual did not "reasonably or justifiably rely" on the misstatements or omissions);

- Fourteenth Defense (all Defendants, to the extent it asserts MassMutual "assumed the risks" or had "constructive knowledge");

- Seventeenth Defense (all Defendants);

- Nineteenth Defense (all Defendants);

- Twentieth Defense (all Defendants other than Verschleiser, Nierenberg, and Marano);

- Twenty-First Defense (Verschleiser, Nierenberg, and Marano);

- Twenty-Third Defense (all Defendants other than Verschleiser, Nierenberg, and Marano); and

- Twenty-Fourth Defense (Verschleiser, Nierenberg, and Marano).

This Motion should be granted because, as more fully explained in MassMutual's accompanying Memorandum of Law, each of the above defenses is a legally invalid defense to the two straightforward claims at issue under the Massachusetts Uniform Securities Act. Each purported defense presents no question of law or fact that might allow Defendants to prevail, and threatens to burden MassMutual and the Court by unnecessarily broadening the scope of discovery and even trial.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Law in support thereof, the pleadings and records on file in this action, any matters of which the Court may take judicial notice, and any further argument as may be present on this motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7(a)(2), which took place on April 12, 2012.

DATED: May 9, 2012

EGAN, FLANAGAN AND COHEN, P.C.

By:    /s/ Edward J. McDonough Jr.
Edward J. McDonough Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
Egan, Flanagan and Cohen, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts 01102
Telephone: (413) 737-0260
Fax: (413) 737-0121
ejm@efclaw.com;
ses@efclaw.com

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

Mark Roellig (BBO 669117)
Executive Vice President and General Counsel
Bernadette Harrigan (BBO 635103)
Assistant Vice President & Counsel
Eleanor P. Williams (BBO 667201)
Assistant Vice President & Counsel
Massachusetts Mutual Life Insurance Company
1295 State Street
Springfield, Massachusetts 01111
Telephone: (413) 788-8411
Fax: (413) 226-4268
bharrigan@massmutual.com;
ewilliams@massmutual.com

Of counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Fax (212) 849-7100

A. William Urquhart (admitted *pro hac*)
Harry A. Olivar, Jr. (admitted *pro hac*)
Molly Stephens (admitted *pro hac*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 9th day of May, 2012.

                                    */s/ Edward J. McDonough Jr.*
                                    _____
                                    Edward J. McDonough Jr.