**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>          v.<br><br>JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY, LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI, JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS,<br><br>                    Defendants. | Civil Action No. 3:11-30094-MAP |

**STIPULATION [AND PROPOSED ORDER] CONCERNING APPLICATION OF
MASSMUTUAL'S PENDING MOTION TO STRIKE TO
<u>DEFENDANTS' ANSWERS TO THE FIRST AMENDED COMPLAINT</u>**

WHEREAS, Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") commenced this action on April 8, 2011 by filing a complaint in the United States District Court for the District of Massachusetts against Defendants J.P. Morgan Securities LLC, David M. Duzyk, Louis Schioppo, Jr., William A. King, Jeffrey L. Verschleiser, Michael B. Nierenberg, Thomas F. Marano, Jeffrey Mayer, Joseph T. Jurkowski, Jr., Matthew E. Perkins, Samuel L. Molinaro, Jr., WaMu Capital Corporation, David Beck, and Diane Novak (together, "Defendants"), among others (the "Complaint") (Dkt. No. 1);

WHEREAS, on March 20, 2012, Defendants filed answers to the Complaint (Dkt. Nos. 105-108);

WHEREAS, on April 5, 2012, MassMutual informed Defendants that it intended to move to strike certain defenses asserted by Defendants;

WHEREAS, on April 13, 2012, the Parties filed an assented-to motion for an extension of time for Defendants to file amended answers to the Complaint and for MassMutual to move to strike certain defenses asserted by Defendants (Dkt. No. 109);

WHEREAS, on April 25, 2012, after meeting and conferring with MassMutual, Defendants filed amended answers to the Complaint (the "April 25 Answers") (Dkt. Nos. 113-116);

WHEREAS on May 9, 2012, MassMutual filed a Motion to Strike Certain Purported Defenses set forth in the April 25 Answers (the "Motion") (Dkt. No. 119);

WHEREAS on June 6, 2012, Defendants filed a Joint Memorandum of Law in Opposition to MassMutual's Motions to Strike Certain Defenses (the "Joint Opposition") (Dkt. No. 126);

WHEREAS on June 20, 2012, MassMutual filed a Reply in Support of Its Motion to Strike Certain Purported Defenses (the "Reply") (Dkt. No. 127);

WHEREAS on May 17, 2012, after the Motion was filed but before Defendants filed their Joint Opposition and before MassMutual filed its Reply, the Court granted MassMutual leave to file its First Amended Complaint (Dkt. No. 121), which included additional allegations with respect to individual defendants David M. Duzyk, Louis Schioppo, Jr., William A. King, and Matthew E. Perkins and reasserted control person claims under Mass. Gen. Laws ch. 110A, § 410(b) against these individual defendants;

WHEREAS, on May 31, 2012, Defendants filed answers to the First Amended Complaint (the "May 31 Answers") (Dkt. Nos. 122-125);

WHEREAS, Defendants' May 31 Answers assert substantially identical defenses to those asserted in the April 25 Answers;

WHEREAS, having conferred, MassMutual and Defendants agree, subject to the approval of the Court, that the Motion, the Joint Opposition, and the Reply filed with respect to the April 25 Answers, and any ruling thereon, will apply to the defenses asserted in the May 31 Answers;

IT IS HEREBY STIPULATED AND AGREED by and between MassMutual and Defendants, through their undersigned counsel, AND SO ORDERED BY THE COURT, as follows:

1. The Motion, the Joint Opposition, and the Reply filed with respect to the April 25 Answers, and any ruling thereon, shall be deemed to apply to the May 31 Answers.

SO ORDERED this ___ day of June, 2012:

_____

Hon. Michael A. Ponsor
United States District Judge

DATED:  June 20, 2012                    Respectfully submitted,

                                         EGAN, FLANAGAN AND COHEN, P.C.


                                         /s/ Edward J. McDonough, Jr.
                                         Edward J. McDonough, Jr. (BBO 331590)
                                         Stephen E. Spelman (BBO 632089)
                                         67 Market Street, P.O. Box 9035
                                         Springfield, Massachusetts 01102
                                         ejm@efclaw.com
                                         ses@efclaw.com

                                         *Of Counsel*
                                         Philippe Z. Selendy
                                         Jennifer J. Barrett
                                         QUINN EMANUEL URQUHART &
                                         SULLIVAN LLP
                                         51 Madison Avenue, 22nd Floor
                                         New York, New York 10010
                                         (212) 849-7000

                                         A. William Urquhart
                                         Harry A. Olivar, Jr.
                                         Molly Stephens
                                         QUINN EMANUEL URQUHART &
                                         SULLIVAN LLP
                                         865 South Figueroa Street, 10th Floor
                                         Los Angeles, CA 90017
                                         (213) 443-3000

                                         *Counsel for Plaintiff Massachusetts Mutual*
                                         *Life Insurance Company*

ROBINSON DONOVAN, P.C.


/s/  Jeffrey L. McCormick
Jeffrey L. McCormick (BBO 329740)
1500 Main Street #1600
Springfield, Massachusetts 01115
(413) 732-2301
jmccormick@Robinson-Donovan.com

*Counsel for Defendants J.P. Morgan Securities LLC, David M. Duzyk, Louis Schioppo, Jr., William A. King, Joseph T. Jurkowski, Jr., Samuel L. Molinaro, Jr., Thomas F. Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser, WaMu Capital Corporation, David Beck, and Diane Novak*

*Of Counsel*
Robert H. Baron
Karin A. DeMasi
J. Wesley Earnhardt
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

*Counsel for Defendants J.P. Morgan Securities LLC, David M. Duzyk, Louis Schioppo, Jr., William A. King, Joseph T. Jurkowski, Jr., and WaMu Capital Corporation*

*Of Counsel*
Joel C. Haims
LaShann M. DeArcy
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 468-8000
Fax: (212) 468-7900

*Counsel for Defendants Thomas F. Marano and Michael B. Nierenberg*

*Of Counsel*
Dani R. James
Jade A. Burns
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Counsel for Defendant Jeffrey L. Verschleiser*

*Of Counsel*
Theresa Trzaskoma
David Elbaum
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 668-1900
Fax: (212) 668-0315

*Counsel for Defendants David Beck and Diane Novak*

*Of Counsel*
Pamela Chepiga
Allie Cheatham
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 765-1125

*Counsel for Defendant Samuel L. Molinaro, Jr.*

GREENBERG TRAURIG, LLP

/s/ Michael Pastore
Michael Pastore (BBO# 669692)
One International Place
Boston, Massachusetts 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
pastorem@gtlaw.com

*Of Counsel*
Richard A. Edlin
Ronald D. Lefton
Candace Camarata
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*Counsel for Defendant Jeffrey Mayer*


SNR DENTON US LLP

/s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
101 Federal Street, Suite 2750
Boston, MA 02110
Tel: (617) 235-6802
Fax: (617) 235-6899
philip.oconnelljr@snrdenton.com

*Of Counsel*
Sandra D. Hauser
Patrick E. Fitzmaurice
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Fax: (212) 768-6800

*Counsel for Defendant Matthew E. Perkins*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 20th day of June, 2012.

                                          */s/ Edward J. McDonough Jr.*
                                          _____
                                          Edward J. McDonough Jr.