**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY, LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI, JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS, <br><br> Defendants. | Civil Action No. 3:11-30094-MAP |

**JOINT REQUEST FOR SCHEDULING CONFERENCE**

Plaintiff Massachusetts Mutual Life Insurance Company and Defendants J.P. Morgan Securities LLC, David M. Duzyk, Louis Schioppo Jr., William A. King, Jeffrey L. Verschleiser, Michael B. Nierenberg, Jeffrey Mayer, Thomas F. Marano, Joseph T. Jurkowski, Jr., Samuel L. Molinaro, Jr., Matthew E. Perkins, WaMu Capital Corporation, David Beck, and Diane Novak jointly respectfully request that the Court set a scheduling conference in this action. All Defendants have answered as of May 31, 2012.

DATED:  October 3, 2012  Respectfully submitted,

　　　　　/s/ Edward J. McDonough Jr.
Edward J. McDonough Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts  01102
Telephone:  (413) 737-0260
Fax:  (413) 737-0121
ejm@efclaw.com;
ses@efclaw.com

Of counsel:
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Fax (212) 849-7100

A. William Urquhart (admitted *pro hac*)
Harry A. Olivar, Jr. (admitted *pro hac*)
Molly Stephens (admitted *pro hac*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

*Counsel for Plaintiff Massachusetts Mutual Life Insurance Company*

      /s/ Jeffrey L. McCormick
Jeffrey L. McCormick (BBO 329740)
ROBINSON DONOVAN, P.C.
1500 Main Street #1600
Springfield, Massachusetts 01115
(413) 732-2301
jmccormick@Robinson-Donovan.com

*Counsel for Defendants J.P. Morgan Securities LLC, David M. Duzyk, Louis Schioppo, Jr., William A. King, Joseph T. Jurkowski, Jr., Samuel L. Molinaro, Jr., Thomas F. Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser, WaMu Capital Corporation, David Beck, and Diane Novak*

Of counsel:
Robert H. Baron
Karin A. DeMasi
J. Wesley Earnhardt
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

*Counsel for Defendants J.P. Morgan Securities LLC, David M. Duzyk, Louis Schioppo, Jr., William A. King, Joseph T. Jurkowski, Jr., and WaMu Capital Corporation*

Of counsel:
Joel C. Haims
LaShann M. DeArcy
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 468-8000
Fax: (212) 468-7900

*Counsel for Defendants Thomas F. Marano and Michael B. Nierenberg*

2

Of counsel:
Dani R. James
Jade A. Burns
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Counsel for Defendant Jeffrey L. Verschleiser*

Of counsel:
Theresa Trzaskoma
David Elbaum
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 668-1900
Fax: (212) 668-0315

*Counsel for Defendants David Beck and Diane Novak*

Of counsel:
Pamela Chepiga
Allie Cheatham
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 756-1125

*Counsel for Defendant Samuel L. Molinaro, Jr.*

       /s/ Michael Pastore
Michael Pastore (BBO# 669692)
GREENBERG TAURIG, LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
pastorem@gtlaw.com

Of counsel:
Richard A. Edlin
Ronald D. Lefton
Candace Camarata
GREENBERG TRAURIG, LLP

3

200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*Counsel for Defendant Jeffrey Mayer*

      /s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA 02110
Tel: (617) 235-6802
Fax: (617) 235-6899
philip.oconnelljr@snrdenton.com

Of counsel:
Sandra D. Hauser
Patrick E. Fitzmaurice
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Fax: (212) 768-6800

*Counsel for Defendant Matthew E. Perkins*

4

5

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 3rd day of October, 2012.

                        */s/ Edward J. McDonough Jr.*
                        _____
                            Edward J. McDonough Jr.