UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI, JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS,<br><br>Defendants. | No. 3:11-cv-30094 (MAP) |

**LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANT WAMU CAPITAL CORPORATION**

Pursuant to Rule 16.1(d)(3) of the Local Rules of the United States District Court for the District of Massachusetts, undersigned counsel hereby certifies that Defendant WaMu Capital Corporation and counsel of record from Cravath, Swaine & Moore LLP conferred (a) with a view to establishing a budget for the costs of conducting

the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated:  November 29, 2012

        Respectfully submitted,

        DEFENDANT WAMU CAPITAL
        CORPORATION

        By  */s/ Jeffrey L. McCormick*
           Jeffrey L. McCormick, Esq., BBO #329740
            jmccormick@robinsondonovan.com
            Direct Fax (413) 452-0327
           Robinson Donovan, P.C.
           1500 Main Street, Suite 1600
           Springfield, Massachusetts 01115
           Phone (413) 732-2301  Fax (413) 785-4658

        Of Counsel:

        Robert H. Baron (rbaron@cravath.com)
        Karin A. DeMasi (kdemasi@cravath.com)
        J. Wesley Earnhardt (wearnhardt@cravath.com)
          Cravath, Swaine & Moore LLP
          825 Eighth Avenue
          New York, New York 10019
          Phone (212) 474-1000 Fax (212) 474-3700

        By _____
           Anthony Horan
           WaMu Capital Corporation

## **CERTIFICATE OF SERVICE**

        I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated on non-registered participants on this 29th day of November, 2012.

                                      */s/ Jeffrey L. McCormick*
                                       Jeffrey L. McCormick, Esq.