UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI, JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS,<br><br>Defendants. | No. 3:11-cv-30094 (MAP) |

**LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANTS J.P. MORGAN SECURITIES LLC, DAVID M. DUZYK, JOSEPH T. JURKOWSKI, LOUIS SCHIOPPO, JR., AND WILLIAM A. KING**

Pursuant to Rule 16.1(d)(3) of the Local Rules of the United States District Court for the District of Massachusetts, undersigned counsel hereby certifies that Defendants J.P. Morgan Securities LLC, David M. Duzyk, Joseph T. Jurkowski, Louis

Schioppo, Jr. and William A. King, and counsel of record from Cravath, Swaine & Moore LLP conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated:  November 29, 2012

                        Respectfully submitted,

                        DEFENDANTS J.P. MORGAN SECURITIES LLC
                        DAVID M. DUZYK, JOSEPH T. JURKOWSKI,
                        LOUIS SCHIOPPO, JR., AND WILLIAM A. KING

                        By   */s/ Jeffrey L. McCormick*
                           Jeffrey L. McCormick, Esq., BBO #329740
                              jmccormick@robinsondonovan.com
                              Direct Fax (413) 452-0327
                           Robinson Donovan, P.C.
                           1500 Main Street, Suite 1600
                           Springfield, Massachusetts 01115
                           Phone (413) 732-2301  Fax (413) 785-4658

                        Of Counsel:

                        Robert H. Baron (rbaron@cravath.com)
                        Karin A. DeMasi (kdemasi@cravath.com)
                        J. Wesley Earnhardt (wearnhardt@cravath.com)
                           Cravath, Swaine & Moore LLP
                           825 Eighth Avenue
                           New York, New York 10019
                           Phone (212) 474-1000 Fax (212) 474-3700

By  _____
Alla Lerner
Executive Director, Assistant General Counsel
JPMorgan Chase
  1 Chase Manhattan Plaza, 26th Floor
  New York, New York 10005-1401

*Authorized Representative for J.P. Morgan Securities LLC, David M. Duzyk, Joseph T. Jurkowski, Louis Schioppo, Jr., and William A. King*

## **CERTIFICATE OF SERVICE**

        I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated on non-registered participants on this 29th day of November, 2012.

                                      */s/ Jeffrey L. McCormick*
                                      Jeffrey L. McCormick, Esq.