UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action Nos.:<br>11-cv-30039-MAP<br>11-cv-30044-MAP<br>11-cv-30047-MAP<br>11-cv-30048-MAP<br>11-cv-30094-MAP<br>11-cv-30126-MAP<br>11-cv-30127-MAP<br>11-cv-30141-MAP |

SCHEDULING ORDER
December 4, 2012

NEIMAN, U.S.M.J.

The following schedule was established at the scheduling conference this day with regard to the above captioned cases, grouped into four separate trenches with somewhat staggered dates as follows:

Tranche 1:   039 Case (11 securitizations sponsored by an affiliate of Defendant Deutsche Bank Securities Inc.)

Tranche 2:   044 Case (10 securitizations sponsored by an affiliate of Defendant RBS Securities Inc.);

047 Case (9 securitizations sponsored by an affiliate of Defendant Credit Suisse Securities (USA) LLC); and

048 Case (4 securitizations sponsored by non-party Taylor, Bean Whitaker Mortgage Corp.)

Tranche 3:   094 Case (33 securitizations, all but one of which were sponsored by entities acquired by JPMorgan Chase & Co.); and

126 Case (6 securitizations sponsored by affiliates of Defendant Goldman, Sachs & Co. and American Home Mortgage)

Tranche 4:[1]   127 Case (2 securitizations sponsored by non-party Impac Funding Corporation); and

141 Case (3 securitizations sponsored by an affiliate of Defendant HSBC Securities (USA) Inc.)

The schedule shall proceed as follows:

| Event | Tranche One | Tranche Two | Tranche Three | Tranche Four |
|---|---|---|---|---|
| Commencement of discovery | December 5, 2012 | same | same | same |
| Joint Submission of a Proposed Protective Order | December 14, 2012 | same | same | same |
| Exchange of Initial Disclosures | January 8, 2012 | same | same | same |
| Motion for Joinder of Parties | February 1, 2013 | same | same | same |
| Proposal for Expert Discovery | February 8, 2013 | same | same | same |
| Joint Proposal for Deposition Discovery | August 16, 2013 | same | same | same |
| Substantial Completion of Document Discovery | September 27, 2013 | same | same | same |
| Completion of Non-Expert Depositions | February 28, 2014 | same | same | same |
| Plaintiff's Affirmative Expert Reports | April 18, 2014 | May 9, 2014 | June 6, 2014 | June 27, 2014 |
| Defendants' Affirmative & Rebuttal Expert Reports | August 1, 2014 | August 29, 2014 | October 3, 2014 | October 24, 2013 |

---

[1] The parties anticipate that Civil Action No. 11-cv-30035, involving 5 securitizations sponsored by RFC, can be scheduled and included in Tranche 4 if and when the scheduled temporary stay in that case, issued by the Bankruptcy Court in the Southern District of New York (In re Residential Capital, LLC et al (No 12-12020)), expires on January 31, 2013.

| Plaintiff's Rebuttal Expert Reports | September 19, 2014 | October 10, 2014 | November 14, 2014 | December 5, 2014 |
|---|---|---|---|---|
| Close of Expert Depositions and All Discovery | February 6, 2015 | same | same | same |
| Defendants' Dispositive Motions | April 1, 2015 | same | same | same |
| Plaintiff's Oppositions and Cross-Motions and/or Original Dispositive Motions | April 29, 2015 | same | same | same |
| Defendants' Reply Briefs or Opposition | May 27, 2015 | same | same | same |

A hearing on all dispositive motions shall take place on June 24, 2015, at 2:00 p.m. before District Judge Michael A. Ponsor.

Counsel shall appear for a pretrial conference on October 2, 2015, at 2:00 p.m. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order to be entered.

Trial in the first case, as determined by Judge Ponsor, shall commence on November 9, 2015, at 9:00 a.m. The parties are hereby notified, however, that due to the court's trial docket the case may actually be called to trial on any day during the four weeks following. The parties should stay in touch with the courtroom deputy, Theresa Pelegano, to confirm the actual date for trial.

IT IS SO ORDERED.

Dated: December 4, 2012

       /s/ Kenneth P. Neiman
      KENNETH P. NEIMAN

U. S. Magistrate Judge