**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
-------------------------------------------------------------------------   x
MASSACHUSETTS MUTUAL LIFE INSURANCE                :
COMPANY,                                           :
                    Plaintiff,                     :
                                                   :
          v.                                       :
                                                   :
JPMORGAN CHASE BANK, N.A.; J.P. MORGAN             :    No. 3:11-cv-30094-MAP
MORTGAGE ACQUISITION CORPORATION; J.P.             :
MORGAN SECURITIES LLC; J.P. MORGAN                 :
ACCEPTANCE CORPORATION I; DAVID M. DUZYK;          :
LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC          :
MORTGAGE CORPORATION; STRUCTURED ASSET             :
MORTGAGE INVESTMENTS II INC.; BEAR STEARNS         :
ASSET BACKED SECURITIES I LLC; COHEN LEGACY        :
LLC; JEFFREY L. VERSCHLEISER; MICHAEL B.           :
NIERENBERG; JEFFREY MAYER; THOMAS F.               :
MARANO; JOSEPH T. JURKOWSKI JR.; MATTHEW E,        :
PERKINS; SAMUEL L. MOLINARO; WAMU ASSET            :
ACCEPTANCE CORPORATION; WAMU CAPITAL               :
CORPORATION; WASHINGTON MUTUAL                     :
MORTGAGE SECURITIES CORPORATION; RICHARD           :
CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS           :
GREEN; and ROLLAND JURGENS,                        :
                                                   :
                    Defendants.                    :
-------------------------------------------------------------------------   x
```

**NOTICE OF WITHDRAWAL OF APPEARANCE OF WILLIAM T. RUSSELL, JR.**

Please take notice that William T. Russell, Jr. hereby withdraws his appearance on behalf

of Defendant Samuel L. Molinaro.   Defendant Molinaro continues to be represented in this

action by counsel of record Pamela Rogers Chepiga from Allen & Overy LLP, 1221 Avenue of

the Americas, New York, New York 10020.

Dated: February 22, 2013                    Respectfully Submitted,

                                            /s/ William T. Russell, Jr.
                                            William T. Russell, Jr.
                                            wrussell@stblaw.com
                                            Simpson Thacher & Bartlett LLP
                                            425 Lexington Avenue
                                            New York, New York 10017
                                            Telephone: (212) 455-2000
                                            Facsimile: (212) 455-2502

                                            *Counsel for Defendant Samuel L. Molinaro*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on February 22, 2013.

Dated: February 22, 2013                    /s/ William T. Russell, Jr.
                                            William T. Russell, Jr.