Patrick E. Fitzmaurice *(admitted pro hac vice)*
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
patrick.fitzmaurice@dentons.com
Tel: 212-768-6700
Fax: 212-768-6800

Attorney for Defendant Matthew E. Perkins

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>              Plaintiffs,<br><br>              v.<br><br>JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI JR.; MATTHEW E, PERKINS; SAMUEL L. MOLINARO; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS,<br><br>              Defendants. | 3:11-cv-30094 (MAP) |

## NOTICE OF CHANGE OF LAW FIRM NAME

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT effective March 28, 2013, SNR Denton US LLP ("SNR Denton") has combined with Salans LLP and Fraser Milner Casgrain LLP. As a result, SNR Denton has changed its name to Dentons US LLP as of that effective date. The firm and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change. Please take notice of this change and update your records accordingly.

Dated: April 5, 2013

                                      Respectfully submitted,

                                      By: /s/ Patrick E. Fitzmaurice
                                          Patrick E. Fitzmaurice *(admitted pro hac vice)*
                                          Dentons US LLP
                                          1221 Avenue of the Americas
                                          New York, NY  10020
                                          patrick.fitzmaurice@dentons.com
                                          Tel: 212-768-6700
                                          Fax: 212-768-6800

                                      *Counsel for Defendant Matthew E. Perkins*