## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>DB STRUCTURED PRODUCTS, INC., et al. )<br><br>Defendants. ) | Civil Action No. 3:11-30039-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE )<br>COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>RBS FINANCIAL PRODUCTS INC. (F/K/A )<br>GREENWICH CAPITAL FINANCIAL PRODUCTS )<br>INC.), et al. )<br><br>Defendants. ) | Civil Action No. 3:11-30044-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE )<br>COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>DLJ MORTGAGE CAPITAL, INC., et al., )<br><br>Defendants. ) | Civil Action No. 3:11-30047-MAP-KPN |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30048-MAP-KPN |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30094-MAP-KPN |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| JPMORGAN CHASE BANK, N.A., et al., | ) ) | |
| Defendants. | ) ) ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30126-MAP-KPN |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| GOLDMAN SACHS MORTGAGE COMPANY, et al., | ) ) | |
| Defendants. | ) ) ) | |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, ) | Civil Action No. 3:11-30127-MAP-KPN |
| Plaintiff, ) | |
| v. ) | |
| IMPAC FUNDING CORPORATION, et al., ) | |
| Defendants. ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE ) COMPANY, | Civil Action No. 3:11-30141-MAP-KPN |
| Plaintiff, ) | |
| v. ) | |
| HSBC BANK USA, NATIONAL ASSOCIATION, et ) al., | |
| Defendants. ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE ) COMPANY, | Civil Action No. 3:11-30215-MAP-RBS |
| Plaintiff, ) | |
| v. ) | |
| COUNTRYWIDE FINANCIAL CORPORATION, et ) al., | |
| Defendants. ) | |

|                                                              |   |                                        |
|--------------------------------------------------------------|---|----------------------------------------|
|                                                              | ) |                                        |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,                 | ) | Civil Action No. 3:11-30285-MAP-RBC   |
|                                                              | ) |                                        |
|                                                              | ) |                                        |
| Plaintiff,                                                   | ) |                                        |
|                                                              | ) |                                        |
| v.                                                           | ) |                                        |
|                                                              | ) |                                        |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al.,          | ) |                                        |
|                                                              | ) |                                        |
|                                                              | ) |                                        |
| Defendants.                                                  | ) |                                        |
|                                                              | ) |                                        |

$MRP\ 5 \cdot 13 \cdot 13$

### JOINT MOTION FOR APPROVAL OF STIPULATION AND [PROPOSED] ORDER AMENDING THE EXPERT DISCOVERY SCHEDULE

WHEREAS, pursuant to the March 5, 2013 Order in 3:11-cv-30039 (Dkt. No. 117),

3:11-cv-30044 (Dkt. No. 101), 3:11-cv-30047 (Dkt. No. 112), 3:11-cv-30048 (Dkt. No.

136), 3:11-cv-30094 (Dkt. No. 173), 3:11-cv-30126 (Dkt. No. 162) , 3:11-cv-30127 (Dkt.

No. 89), 3:11-cv-30141 (Dkt. No. 95), the March 28, 2013 Order in No. 3:11-cv-30285

(Dkt. No. 141), and the April 10, 2013 Order in No. 3:11-cv-30215 (Dkt. No. 145)

(collectively, the "Expert Scheduling Orders"), Plaintiff on April 12, 2013 designated and

disclosed information concerning its sampling expert, Dr. Charles Cowan;

WHEREAS, the Expert Scheduling Orders permit Defendants to take Dr. Cowan's

deposition and file their *Daubert* motion no later than May 21, 2013;

WHEREAS, Defendants noticed the deposition of Dr. Cowan, but counsel for the

parties have been unable to identify a date on which participating counsel and the witness

are available for the deposition prior to May 21, 2013;

WHEREAS, the parties have scheduled Dr. Cowan's deposition for May 21, 2013,

and have agreed to minor adjustments to the Expert Scheduling Orders to allow Defendants

time to finalize their *Daubert* motion following completion of the deposition;

WHEREAS, the scheduling adjustments do not alter the date by which all briefing on Defendants' *Daubert* motion will be completed (which remains July 2, 2013), or the date that the Court has set for a hearing on the motion (which remains July 11, 2013);

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between MassMutual and Defendants, through their undersigned counsel, subject to approval of the Court, that the Expert Scheduling Orders be amended as follows:

i.    Defendants, if they wish, may take Plaintiff's expert's deposition and file their *Daubert* motion challenging Plaintiff's expert no later than May 24, 2013. By said date, Defendants also shall designate and disclose information regarding their sampling expert, if any, in accord with Fed. R. Civ. P. 26(a)(2).

ii.   Plaintiff, if it wishes, may take Defendant's expert's deposition and file its opposition to Defendants' *Daubert* motion by June 20, 2013, to which Defendants may reply by July 2, 2013.

IT IS SO ORDERED.

Dated: _May 13_____, 2013

Michael A. Ponsor
United States District Judge

Dated: May 9, 2013

By: ___*/s/ Kathy B. Weinman*___
Kathy B. Weinman (BBO #541993)
Azure Abuirmeileh (BBO #670325)
  COLLORA LLP
  100 High Street, 20th Floor
  Boston, Massachusetts 02110
  Telephone: (617) 371-1000
  Fax: (617) 371-1037
  kweinman@collorallp.com
  aabuirmeileh@collorallp.com

Of Counsel:

Thomas C. Rice (admitted *pro hac vice*)
David J. Woll (admitted *pro hac vice*)
Alan Turner (admitted *pro hac vice*)

  SIMPSON THACHER & BARTLETT LLP
  425 Lexington Avenue
  New York, New York 10017
  Telephone: (212) 455-2000
  Fax: (212) 455-2502
  trice@stblaw.com
  dwoll@stblaw.com
  aturner@stblaw.com

*Counsel for Defendants Deutsche Bank Securities
Inc., Anilesh Ahuja, Michael Commaroto, Richard
D'Albert and Richard Ferguson*

*Counsel for Defendants RBS Securities Inc., Joseph
N. Walsh III, Robert J. McGinnis, Carol P. Mathis
and James M. Esposito*

*Counsel for Defendants UBS Securities LLC and
Per Dyrvik*

By:   */s/ Jeffrey L. McCormick*
    Jeffrey L. McCormick (BBO #329740)
    ROBINSON DONOVAN, P.C.
    1500 Main Street, Suite 1600
    Springfield, Massachusetts 01115
    Telephone: (413) 732-2301
    Fax: (413) 785-4658
    jmccormick@robinsondonovan.com

*Counsel for Defendants J.P. Morgan Securities LLC,
WaMu Capital Corporation, Joseph T. Jurkowski, Jr.,
David M. Duzyk, Louis Schioppo, Jr., William A. King,
Thomas F. Marano, Michael B. Nierenberg, Jeffrey L.
Verschleiser, David Beck, Diane Novak, and Samuel L.
Molinaro, Jr.*

Of Counsel:

Robert H. Baron (admitted *pro hac vice*)
Daniel Slifkin (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
J. Wesley Earnhardt (admitted *pro hac vice*)
    CRAVATH, SWAINE & MOORE LLP
    825 Eighth Avenue
    New York, NY 10019
    Telephone: (212) 474-1000
    Fax: (212) 474-3700
    rbaron@cravath.com
    dslifkin@cravath.com
    kdemasi@cravath.com
    wearnhardt@cravath.com

*Counsel for Defendants J.P. Morgan Securities
LLC, WaMu Capital Corporation, Joseph T.
Jurkowski, Jr., David M. Duzyk, Louis Schioppo,
Jr., and William A. King*

Of Counsel:

Joel C. Haims (admitted *pro hac vice*)
LaShann M. DeArcy (admitted *pro hac vice*)
   MORRISON & FOERSTER LLP
   1290 Avenue of the Americas
   New York, New York 10104
   Telephone: (212) 468-8000
   Fax: (212) 468-7900
   jhaims@mofo.com
   ldearcy@mofo.com

*Counsel for Defendants Thomas F. Marano and Michael B. Nierenberg*

Of Counsel:

Dani R. James (admitted *pro hac vice*)
Jade A. Burns (admitted *pro hac vice*)
   KRAMER LEVIN NAFTALIS & FRANKEL
   LLP
   1177 Avenue of the Americas
   New York, NY 10036
   Telephone: (212) 715-9100
   Fax: (212) 715-8000
   djames@kramerlevin.com
   jburns@kramerlevin.com

*Counsel for Defendant Jeffrey L. Verschleiser*

Of Counsel:

Theresa Trzaskoma (admitted *pro hac vice*)
David Elbaum (admitted *pro hac vice*)
   BRUNE & RICHARD LLP
   One Battery Park Plaza
   New York, NY 10004
   Telephone (212) 668-1900
   Fax: (212) 668-0315
   ttrzaskoma@bruneandrichard.com
   delbaum@bruneandrichard.com

*Counsel for Defendants David Beck and Diane Novak*

Of Counsel:

Pamela Rogers Chepiga (admitted *pro hac vice*)
Josephine A. Cheatham (admitted *pro hac vice*)
    ALLEN & OVERY LLP
    1221 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 765-1125
    pamela.chepiga@allenovery.com
    allie.cheatham@allenovery.com

*Counsel for Defendant Samuel L. Molinaro, Jr.*

By: ___ /s/ Philip A. O'Connell, Jr. ___

Philip A. O'Connell, Jr. (BBO #649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, Massachusetts 02110
Telephone: (617) 235-6802
Fax: (617) 235-6899
philip.oconnelljr@snrdenton.com

Of Counsel:

Sandra D. Hauser (admitted *pro hac vice*)
Patrick E. Fitzmaurice (admitted *pro hac vice*)
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Fax: (212) 768-6800
sandra.hauser@snrdenton.com
patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew E. Perkins*

By:___*/s/ Michael Pastore*___

 Michael Pastore (BBO #669692)
  GREENBERG TRAURIG, LLP
  One International Place
  Boston, MA 02110
  Telephone: (617) 310-6000
  Fax: (617) 310-6001
  pastorem@gtlaw.com

Of Counsel:

Richard A. Edlin (admitted *pro hac vice*)
Ronald D. Lefton (admitted *pro hac vice*)
Candace Camarata (admitted *pro hac vice*)
 GREENBERG TRAURIG, LLP
 200 Park Avenue
 New York, NY 10166
 Telephone: (212) 801-9200
 Fax: (212)801-6400
 edlinr@gtlaw.com
 leftonr@gtlaw.com
 camaratac@gtlaw.com

*Counsel for Defendant Jeffrey Mayer*

By: ___*/s/ Jonathan Sablone*___

Jonathan Sablone (BBO #632998)
Matthew T. McLaughlin (BBO #660878)
   100 Summer Street
   Boston, Massachusetts 02110
   Telephone: (617) 345-1342
   Fax: (866) 947-1729
   jsablone@nixonpeabody.com
   mmclaughlin@nixonpeabody.com

Of Counsel:

Richard W. Clary (admitted *pro hac vice*)
Julie A. North (admitted *pro hac vice*)
Richard J. Stark (admitted *pro hac vice*)
Michael T. Reynolds (admitted *pro hac vice*)
Lauren A. Moskowitz (admitted *pro hac vice*)
   CRAVATH, SWAINE & MOORE LLP
   825 Eighth Avenue
   New York, New York 10019
   Telephone: (212) 474-1000
   Fax: (212) 474-3700
   rclary@cravath.com
   jnorth@cravath.com
   rstark@cravath.com
   mreynolds@cravath.com
   lmoskowitz@cravath.com

*Counsel for Defendants Credit Suisse Securities
(USA) LLC and Jeffrey A. Altabef*

By: _/s/ Mark A. Berthiaume_
    Mark A. Berthiaume (BBO #041715)
      GREENBERG TRAURIG, LLP
      One International Place
      Boston, Massachusetts 02110
      Telephone: (617) 310-6007
      Fax: (617) 310-6001
      berthiaumem@gtlaw.com

Of Counsel:

Richard H. Klapper (admitted *pro hac vice*)
David M.J. Rein (admitted *pro hac vice*)
   125 Broad Street
   New York, NY 10004-2498
   Telephone: (212) 558-4000
   Fax: (212) 558-3588
   klapperr@sullcrom.com
   reind@sullcrom.com

*Counsel for Defendant Goldman, Sachs & Co.*

By:    */s/ Gary R. Greenberg*
     Gary R. Greenberg (BBO #209420)
     GREENBERG TRAURIG, LLP
     One International Place
     Boston, MA 02110
     Telephone: (617) 310-6000
     Fax: (617) 310-6001
     greenbergg@gtlaw.com

Of Counsel:

Joseph J. Frank (admitted *pro hac vice*)
Steven J. Fink (admitted *pro hac vice*)
Matthew L. Craner (admitted *pro hac vice*)
Charles J. Ha (admitted *pro hac vice*)
     ORRICK HERRINGTON & SUTCLIFFE LLP
     51 W. 52nd Street
     New York, NY 10019
     Telephone: (212) 506-5000
     Fax: (212) 506-5151
     jfrank@orrick.com
     sfink@orrick.com
     mcraner@orrick.com
     charlesha@orrick.com

*Counsel for Defendant Barclays Capital Inc.*

By: */s/ Joseph F. Ryan*
    Joseph F. Ryan (BBO #435720)
        LYNE, WOODWORTH & EVARTS LLP
        12 Post Office Square
        Boston, Massachusetts 02109
        Telephone: (617) 523-6655
        Fax: (617) 248-9877
        JRyan@lwelaw.com

Of Counsel:

John M. Conlon (admitted *pro hac vice*)
Michael O. Ware (admitted *pro hac vice*)
Allison J. Zolot (admitted *pro hac vice*)
    MAYER BROWN LLP
    1675 Broadway
    New York, New York 10019-5820
    Telephone: (212) 506-2500
    Fax: (212) 262-1910
    jconlon@mayerbrown.com
    mware@mayerbrown.com
    azolot@mayerbrown.com

Damien J. Marshall (admitted *pro hac vice*)
Andrew Z. Michaelson (admitted *pro hac vice*)
    BOIES, SCHILLER & FLEXNER LLP
    575 Lexington Avenue, 7th Floor
    New York, New York 10022
    Tel: (212) 446-2300
    Fax: (212) 446-2350
    dmarshall@bsfllp.com
    amichaelson@bsfllp.com

Jonathan M. Shaw (admitted *pro hac vice*)
    BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Avenue, N.W.
    Washington, DC 20015
    Tel: (212) 237-2727
    Fax: (212) 237-6131
    jshaw@bsfllp.com

Edward J. Normand (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
   333 Main Street
   Armonk, NY 10504
   Tel: (914) 749-8200
   Fax: (914) 749-8300
   enormand@bsfllp.com

*Counsel for Defendants HSBC Securities (USA)
Inc., Neal Leonard, Gerard Mattia, Todd White and
Jon Voigtman*

By: <u>/s/ Andrea Robinson</u>

Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)
Adam J. Hornstine (BBO #666296)
Nolan Mitchell (BBO # 668145)
Darren Griffis (BBO #675627)
Harriet Hoder (BBO # 679416)
    WILMER CUTLER PICKERING HALE AND
    DORR LLP
    60 State Street
    Boston, Massachusetts 02109
    Tel:  (617) 526-6000
    Fax:  (617) 526-5000
    jeffrey.rudman@wilmerhale.com
    andrea.robinson@wilmerhale.com
    adam.hornstine@wilmerhale.com
    nolan.mitchell@wilmerhale.com
    darren.griffis@wilmerhale.com
    harriet.hoder@wilmerhale.com

*Counsel for Banc of America Securities LLC,*
*Merrill Lynch,  Pierce, Fenner & Smith Inc.,*
*George G. Ellison, and Mark I. Ryan*

EGAN, FLANAGAN AND COHEN, P.C.

By: */s/ Edward J. McDonough Jr.*
Edward J. McDonough Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
Egan, Flanagan and Cohen, P.C.
    67 Market Street, P.O. Box 9035
    Springfield, Massachusetts 01102
    Telephone: (413) 737-0260
    Fax: (413) 737-0121
    ejm@efclaw.com; ses@efclaw.com

Of counsel:

QUINN EMANUEL URQUHART & SULLIVAN,
LLP
Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    (212) 849-7000
    Fax (212) 849-7100

A. William Urquhart (admitted *pro hac*)
Harry A. Olivar, Jr. (admitted *pro hac*)
Molly Stephens (admitted *pro hac*)
    865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    (213) 443-3000
    Fax (213) 443-3100

*Counsel for Plaintiff Massachusetts Mutual Life
Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 9th day of May, 2013.

_/s/ Andrea Robinson_
Andrea Robinson